IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01607-ZLW

LILBERT BEASLEY,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This action was dismissed on September 25, 2006, for failure to cure and for failure to prosecute. Therefore, the documents apparently seeking an extension of time that Plaintiff submitted and the Court filed in the instant action on November 8, 2006, are DENIED as moot.

Dated: November 14, 2006

Copies of this Minute Order mailed on November 14, 2006, to the following:

Lilbert Beasley
Prisoner No. 115474
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

_____
Secretary/Deputy Clerk